**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7532**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABDULLAH RASOOL SHAKOOR, a/k/a Lee McDonald,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Terrence W. Boyle, Chief District Judge. (CR-97-64-BO, CA-00-144-7-BO)

_____

Submitted: November 29, 2001      Decided: December 10, 2001

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Abdullah Rasool Shakoor, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abdullah Rasool Shakoor seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Shakoor, Nos. CR-97-64-BO; CA-00-144-7-BO (E.D.N.C. filed June 26, 2001; entered June 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED